KEITH D. CABLE (SBN 170055)
CABLE LAW OFFICES
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 608-7995
Facsimile: (916) 984-5775

FARAH J. MARTINEZ (SBN 191862)
CHARLES D. FERGUSON (Florida Bar No. 0741531)
DANIEL L. LEYTON (Florida Bar No. 0061824)
DE LA O, MARKO, MAGOLNICK & LEYTON
3001 S. W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-2000
Facsimile: (305) 285-5555

Attorneys for Plaintiff
EDWARD L. KEMPER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| EDWARD L. KEMPER, an individual, | ) Case No.: 2:06-CV-01530-WBS-PAN (JFM) |
| | ) |
| Plaintiff, | ) **ORDER GRANTING** |
| | ) **CONTINUANCE OF PRE-TRIAL** |
| vs. | ) **SCHEDULING CONFERENCE;** |
| | ) |
| ST. GEORGE'S INVESTORS, LLC, | ) |
| a California corporation, d/b/a | ) |
| ST. GEORGE'S MEDICAL CENTER | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER**

    Having read Plaintiff's Request for Continuance of Pre-Trial Scheduling

Conference, and good cause appearing therefore,

    IT IS ORDERED THAT the Pre-Trial Scheduling Conference be continued to

Friday, November 27, 2006, at 1:30 p.m.  The Joint Status Report shall be filed on

or before November 13, 2006.

Dated:  October 5, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com