```
 1  KEITH D. CABLE (SBN 170055)
    CABLE LAW OFFICES
 2  101 Parkshore Drive, Suite 100
    Folsom, CA 95630
 3  Telephone: (916) 608-7995
    Facsimile: (916) 984-5775
 4
    FARAH J. MARTINEZ (SBN 191862)
 5  CHARLES D. FERGUSON (Florida Bar No. 0741531)
    DANIEL L. LEYTON (Florida Bar No. 0061824)
 6  DE LA O, MARKO, MAGOLNICK & LEYTON
    3001 S. W. 3rd Avenue
 7  Miami, FL 33129
    Telephone: (305) 285-2000
 8  Facsimile: (305) 285-5555

 9  Attorneys for Plaintiff
    EDWARD L. KEMPER
10
```

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD L. KEMPER, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 06-CV-01530-WBS-EFB |
| | ) |
| ST. GEORGE'S INVESTORS, LLC, | ) **Order Parties' Joint** |
| a California corporation, d/b/a | ) **Motion To Extend Pretrial Deadlines** |
| ST. GEORGE'S MEDICAL CENTER | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

This Cause, having come before the Court on the Parties' Joint Motion to Extend Pretrial Deadlines, and the Court, having accepted the Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the Parties' Joint Motion to Extend Pretrial Deadlines is **GRANTED**. The new discovery deadline shall be September 15, 2007, the new deadline for filing motions shall be October 15, 2007, and the Pretrial Conference shall be set for **December 3, 2007 at 2:00 p.m.**

1 **DONE AND ORDERED** in Chambers at Sacramento, California, on this 19th day

2 of June 2007.

3
4
5  WILLIAM B. SHUBB
6  UNITED STATES DISTRICT JUDGE
7
8
9

PDF created with pdfFactory trial version www.pdffactory.com